

USA No. 1999Z00838

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| Plaintiff, | * | NO. 00-0253 |
| v. | * | SECTION: "L" (4) |
| CARLA TAYLOR, | * | |
| Defendant. | * | |

\* \* \*

## CONSENT JUDGMENT

Plaintiff United States of America and the defendant, Carla Taylor, having entered into, executed and filed into this record a Stipulation for Consent Judgment, it is hereby:

ORDERED, ADJUDGED and DECREED that Judgment of Consent be entered in this proceeding in favor of the United States of America and against Carla Taylor in the amount of $7,921.59, plus interest accruing on the principal amount at the rate of 8 percent per annum or at the daily rate of $0.49 from November 10, 1999, to date of judgment and interest from date of judgment until paid in full

DATE OF ENTRY

APR 1 4 2000



at the Treasury bill rate, 28 U.S.C. § 1961; plus the costs of this proceeding.

New Orleans, Louisiana, this 13 day of April, 2000.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
ENEID A. FRANCIS (5816)
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3060


_____
CARLA TAYLOR
Defendant

2