**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Louisiana*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 18 AM 11:31

LORETTA G. WHYTE
CLERK

*Financial Litigation Unit*           *Hale Boggs Federal Building*           Telephone  (504) 680-3000
                                      *501 Magazine Street, Second Floor*           Fax.  (504) 589-3602
                                      *New Orleans, LA  70130*

July 17, 2001

Loretta G. Whyte
Clerk, United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, Louisiana 70130

      Re:  United States v. Carla Taylor
           Civil Action No. 00-0253

Dear Mrs. Whyte:

      The judgment rendered against the defendant in the above-referenced case has been satisfied.  Please mark the docket sheet "satisfied" and provide this office with two Satisfaction of Judgment forms.

      Your assistance is appreciated.

                            Very truly yours,

                            JIM LETTEN
                            UNITED STATES ATTORNEY

                            ENEID A. FRANCIS
                            Assistant United States Attorney
                            Chief, Civil Division

___Fee___
___Process___
_X_ Dktd
___CtRmDep___
___Doc.No.___

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

LORETTA G. WHYTE  
CLERK

500 CAMP ST., ROOM C-151  
NEW ORLEANS, LA 70130

July 19, 2001

UNITED STATES OF AMERICA                    CASE NO. C.A. 00-253

    VS

CARLA TAYLOR                                SECTION L

    I, Loretta G. Whyte, Clerk of the United States District Court for the Eastern District of Louisiana, do hereby certify that on July 18, 2001 the Plaintiff filed satisfaction of the docket and the Clerk of this Court entered satisfaction of the judgment in this matter, which satisfaction is in the words and figures following, to wit:

    "Docket satisfied as per satisfaction of the docket filed by plaintiff on July 18, 2001

    Loretta G. Whyte, Clerk

    By: ___Barbara Bush___, Deputy Clerk

Witness my hand and seal of said Court at the City of New Orleans, Louisiana, this 19 day of July, 2001 A.D."

LORETTA G. WHYTE, CLERK

By _____  
              Deputy Clerk